IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kumiga, Donald A

Printed: 1/15/08

Case Number: 06 B 16982
Judge: Squires, John H
Filed: 12/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 5, 2007
Confirmed: February 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,110.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,050.06 |
| Trustee Fee: |  | 59.94 |
| Other Funds: |  | 0.00 |
| Totals: | 1,110.00 | 1,110.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,500.00 | 1,050.06 |
| 2. | B-Line LLC | Unsecured | 129.92 | 0.00 |
| 3. | Capital One | Unsecured | 100.68 | 0.00 |
| 4. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 421.23 | 0.00 |
| 5. | Forum Extended Care Services | Unsecured | 126.01 | 0.00 |
| 6. | Illinois Dept Of Employment Sec | Unsecured | 125.60 | 0.00 |
| 7. | Alden Heather Rehab | Unsecured | 808.18 | 0.00 |
| 8. | B-Line LLC | Unsecured | 257.74 | 0.00 |
| 9. | Capital One | Unsecured | 135.12 | 0.00 |
| 10. | Resurrection Medical | Unsecured | 153.31 | 0.00 |
| 11. | Capital One | Unsecured | 98.41 | 0.00 |
| 12. | Illinois Dept Of Employment Sec | Unsecured | 125.60 | 0.00 |
| 13. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 14. | Advocate Medical Group S.C. | Unsecured |  | No Claim Filed |
| 15. | Asset Management Professional LLC | Unsecured |  | No Claim Filed |
| 16. | Dun & Bradstreet | Unsecured |  | No Claim Filed |
| 17. | Amalgamated Bank Of Chicago | Unsecured |  | No Claim Filed |
| 18. | CB USA | Unsecured |  | No Claim Filed |
| 19. | Chase | Unsecured |  | No Claim Filed |
| 20. | Heather Health Care | Unsecured |  | No Claim Filed |
| 21. | DuPage Pathology | Unsecured |  | No Claim Filed |
| 22. | Ffcc Columbus Inc | Unsecured |  | No Claim Filed |
| 23. | Dupage Urologoical Consultants | Unsecured |  | No Claim Filed |
| 24. | DuPage Valley Anestesiologists | Unsecured |  | No Claim Filed |
| 25. | Edward Hospital | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kumiga, Donald A | | Case Number: 06 B 16982 |
|---|---|---|---|
| | | | Judge: Squires, John H |
| | Printed: 1/15/08 | | Filed: 12/21/06 |

| | | | | |
|---|---|---|---|---|
| 26. | ICS | Unsecured | | No Claim Filed |
| 27. | Hinsdale Castroenerology | Unsecured | | No Claim Filed |
| 28. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 29. | Advocate Lutheran General Health Partner | Unsecured | | No Claim Filed |
| 30. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 31. | , Stroger Hospita | Unsecured | | No Claim Filed |
| 32. | Laboratory & Pathology Diagnostics | Unsecured | | No Claim Filed |
| 33. | Laboratory & Pathology Diagnostics | Unsecured | | No Claim Filed |
| 34. | Lifescan Laboratory Inc | Unsecured | | No Claim Filed |
| 35. | Midwest Pathology | Unsecured | | No Claim Filed |
| 36. | IPC Of Illinois | Unsecured | | No Claim Filed |
| 37. | Lisle-Woodridge FDP | Unsecured | | No Claim Filed |
| 38. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 39. | Lutheran Social Services | Unsecured | | No Claim Filed |
| 40. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 41. | ICS | Unsecured | | No Claim Filed |
| 42. | Loyola University & Hospital | Unsecured | | No Claim Filed |
| 43. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 44. | Northwestern Memorial Physicians Group | Unsecured | | No Claim Filed |
| 45. | Merrick Bank | Unsecured | | No Claim Filed |
| 46. | Northwest Community Hospital | Unsecured | | No Claim Filed |
| 47. | Tamid Medical Group | Unsecured | | No Claim Filed |
| 48. | Family Eye Physicians | Unsecured | | No Claim Filed |
| 49. | Suburban Radiologist | Unsecured | | No Claim Filed |
| 50. | Riverside Psychiatric | Unsecured | | No Claim Filed |
| 51. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 52. | Wheatland Dental Care | Unsecured | | No Claim Filed |

```
                                  _____      _____
                                  $ 4,981.80      $ 1,050.06
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 59.94 |

```
              _____
              $ 59.94
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____